152 So. 262

### INTERNATIONAL SHOE CO. v. L. L. DODD.

### 6 Div. 512.

Supreme Court of Alabama.

Jan. 18, 1934.

Davis & Curtis, of Jasper, for petitioner.

Monette & Taylor, of Birmingham, for respondent.

THOMAS, Justice.

Petition of L. L. Dodd for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in International Shoe Co. v. Dodd, 152 So. 260.

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.